**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

INGENIADOR, LLC,

     **Plaintiff,**

          **v.**                    **Civil No.** 15-1304 (FAB)

CRUTCHFIELD CORPORATION, *et al.*,

     **Defendants.**

**JUDGMENT**

In accordance with the Order entered on May 27, 2015 (Docket No. 23), this case is **DISMISSED without prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 29, 2015.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE